AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MISTY WALLACE-BARNES,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER:  4:22-cv-17

KILOLO KIJAKAZI,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 20, 2023, the Magistrate Judge's Report and

Recommendation is adopted as the Court's opinion.  Therefore, this matter is remanded to the Social

Security Administration for further proceedings under 42 U.S.C. § 405(g).  This case stands closed.

Approved by: _____

March 21, 2023
_____
*Date*

John E. Triplett, Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020