IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MISTY WALLACE-BARNES, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-17 |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 15, 2023, Report and Recommendation, (doc. 19), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Motion for Attorney's Fees is **GRANTED**. (Doc. 18.) Plaintiff is awarded $8,274 in attorney's fees and $402 in costs. Upon the entry of this order, the Acting Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff. See Astrue v. Ratliff, 560 U.S. 586, 589 (2010). The Government may, in its discretion, accept Plaintiff's assignment of EAJA fees and pay the award directly to Plaintiff's counsel.

**SO ORDERED**, this 5th day of June, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA